**Motion Granted; Appeal Dismissed and Memorandum Opinion filed June 27, 2013.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-12-00782-CV

### STATE OF TEXAS, Appellant

### V.

### JOHN W. COOK AND MARC COOK, Appellees

**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2008-45087B**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed July 26, 2012. On June 18, 2013, the parties filed a joint motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Brown, Boyce, and Christopher.